FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 17 2020

at 4 o'clock and 00 min. P M JT
CLERK, U.S. DISTRICT COURT

TO RE- FILE

ORIGINAL

RECEIVED BY OVERNIGHT FILING

PAID,
REC # H1028849

Mailed On
Date 6/18/2020 JT

**NEW EMAIL ADDRESS**

sacramentumrudiarius@gmail.com
**New Cell phone**
(808)227-4078

REMOVE ALONA ROX8450@
GMAIL.COM

LETICIA LAGERA, SABADO,
FRANCO AND ARUCAN FAMILY
THE REAL VICTIM OF INTENTIONAL
MANSLAUGHTERS AND MULTIPLE
CATASTROPHIC INJURIES AND
JOB DISCRIMINATIONS AND
JANET IBALE CAMPOS
AKA: JAVINAR  HOWELL
92-7019 KAHEA ST. KAPOLEI
HI 96707,
808-744-4537, (808)227-4078
REAL LEGAL WIFE, NOT
DIVORCE, NEVER
SEPARATED, REAL VICTIM
**THE REAL MILITARY
PERSONNEL, REAL ACTIVE
DUTY SPOUSE, LEGAL WIFE
REAL VETERANS FAMILY
THEY MADE ME THEIR
SUPPLIER THEY MADE ME
MULTIPLIED, THEY CLONING ME
THEY MADE ME THEIR GRAND
MOTHER, THEY MADE MY DEAD
SIBLINGS ALIVE FOR THEIR
DISHONEST GAINS, FOR THEIR
FRAUD MILITARY PERSONNEL
COMBINED SERVICE CONNECTED
MILITARY SPOUSE DEPENDENTS
MILITARY, AND VETERANS FAMILY**

FEDERAL COURT HAWAII
300 ALA MOANA BLVD. HON. HI, 96850

NOT PERSONAL
INJURIES
+ JOB DISCRIMINATIONS

CV NO. CV-20  00278DKW  KJM
**TO RE-APPEAL THIS CASE DUE TO
2 X EMERGENCY VISITS, NEED
CONTINUE TREATMENTS, DIARRHEA,
CHEST PAIN, STOMACH PAIN CRAMPING,
HIGH BLOOD PRESSURE
BLOODY STOLE, NOSE BLEEDING**
CHANGE TO CRIMIMINAL CASE
18X INTENTIONAL MANSLAUGHTERS
*DEATH of MY HUSBANDS GRANDMA*
MULTIPLE X ATTEMPTED MURDER
**ALL CASES ARE JOB RELATED CASES**
THE REAL VICTIM OF PHILIPPINE AIRLINE
TRAGEDY, THE REAL VICTIMS OF DEAD
SIBLINGS AND MULTIPLE ATTEMPTED
MURDERS, 3X CAR ACCIDENTS
CARS ARE WEAPONS THE REAL VICTIM
NEED JUSTICE.  THESE CASES ARE
THEY STOLE MY MILITARY IDENTITY
CRIMINAL CASES, FRUAD LAW FIRMS,
VIOLATION OF CODE 18, 20, UCMJ
ADDITIONAL SYNDICATES, TERRORIST
NON MILITARY PERSONNELS STEALING
DOCTORS, NURSES, STEALING MILITARY
PERSONNEL, ACTIVE DUTY SPOUSE
COMBINED SERVICE CONNECTED
DISABILITIES, THEY ALL NEED TO BE
INVESTIGATED THEY ARE CIVILIANS ONLY
**8X INTENTIONAL MANSLAUGHTER
THE 20 MOST WANTED IN SD + THE
SYNDICATES IN PHILIPPINES, IPIT GANG
AND THE 10 MOST WANTED OF SD
BUDOL GANG, HYPNOTIZED GANG,
AKYAT BAHAY GANG, THE SERIAL
CHEATERS, FAMILY ALIENATORS**
HALLUCINATING PARANOID, PSYCHOSIS
INHUMANS, RUTHLESS, HEARTLESS
CURRUPTED MINORS AND PARENTS
CORRUPTING THEIR MINORS.  NEW
DISCOVERIES, NEW ADDED CULPRITS
ALL OF MY CASES ARE JOB RELATED

Page 1 of 45

note: ATTACHED MONEY ORDER
10310.1864: 2089, 8268029190

BENEFITS, AND INSURANCES          CATASTROPHIC INJURIES.
BENEFITS CLAIMS                   THEY ARE HENIOUS CRIMINALS
 VS                                SERIAL CHEATERS, STOLE CASES
USA & 50 STATES                   FRAUDULENTLY SETTLED ALL
                                   THE CATASTROPHIC INJURIES CASES

DEATH OF MY HUSBANDS GRANDMA

MOTION/ACTION: TO RE-APPEAL THE PLAINTIFF HAD 2X
EMERGENCIES DUE TO THE NEW CULPRITS LAW FIRMS, AND
RESTAURANTS UNSANITAIZED MADE HER ER VISITS SINCE APRIL 1,
2020 – THE PLAINTIFF'S ER VISITS ATTACHED THE REASONS,
ADDIDIONAL CULPRITS. DUE TO THE FAMILY ALIENATORS LAW FIRM
AND THE UNSANITIZED RESTAURANTS, CAUSED THE PLAINTIFF'S 2X
EMERGENCY VISITS, BLOODY STOLE, BLEEDING NOSE, STOMACH
CRAMPS, DIARRHEA, VOMITING, HIGH BLOOD PRESSURE BUT DIDN'T
GET ANY PRESCRIPTION DUE TO TRIPLER HOSPITAL NEGLIGENCE
STAFF, I WAS FORCED TO GO BY TECH ANGELA ASUNCION AND THE
OTHER STAFF EVEN PRETTY HIGH DIASTOLIC AND SYSTOLIC, THEY
REFULED TO ADD MY DIZZINESS, HIGH BLOOD PRESSURE, BLOOD
STOLE THE DR. CLIFFORD "SAID IT'S NORMAL"????IS IT NORMAL TO
HAVE BLOOD STOLE EVERY DAY I DEFICATE??? IS IT NORMAL TO HAVE
173, 164 DIASTOLIC, SYSTOLIC THIS HOSPITAL HIRED NEGLIGENCE
STAFF AND WILL CAUSED THE US GOVERNMENT MONEY TO PAY THE
PATIENT OF THEIR NEGLIGENCES. DR. HARVEY CLIFFORD – SOO
INTERESTED AND INTERROGATED ME HOW MANY YRS. I SERVED THE
MILITARY, HE'S INTERROGATION SOUNDS LIKE MY HUSBAND
INTERROGATING ME. MY HUSBAND AND HIS MULTIPLE WHORES
RUINED MY CAREER, REMOVED MY CAPACITY TO EARN A LIVING DUE
TO THEIR FABRICATED DELUSIONAL DISORDER SLANDERERS, LIBEL.
OBVIOUS FAMILY ALIENATORS, WITH MALICIOUS, ULTERIOR MOTIVES.

I WAS TREATED ON MAY 5TH BY ER STAFFS' THEY ARE HOSTILE, I WAS
SENT FOR CHEST XRAY THE STAFF ASK ME TO WAIT FOR THEM TO
PICK ME UP ALMOST WAITED FOR WHOLE DAY. AT LEAST 6 PEOPLE
JUST TO PICK ME UP FROM THE X RAY ROOM???I'M SURE I'M NOT THE
ONLY PATIENT THERE. THERE'S LINE OUTSIDE LONG LINE OF
PATIENTS WAITING TO BE TREATED. NEGLIGENCE STAFFS FOCUSES
ON ME ONLY???DUE TO THE PREVIOUS FABRICATED DIAGNOSIS OF
MULTIPLE FAMILY ALIENATORS SOME WITH BASTARDS, INTENTIONAL
NEGLIGENCE OF THE FAMILY ALIENATORS FRAUD MILITARY
DEPENDENTS MISTRESSES WITH BASTARDS. THEIR FABRICATED
DELUSIOAL DISORDER (JEALOUS WIFE) BUT, ACTUALLY DELUSIONAL
DISORDER MISTRESSES WITH LOWBORN BASTARDS.

IT'S STILL ON THE SYSTEM OF ALL THE MILITARY FACILITIES
HOSPITALS AND CLINICS THE FABRICATORS ARE STILL WORKING AT
THE MEDICAL FACILITIES.

RE-APPEAL TO GIVE RESTRAINING ORDERS TO THE HOSTILE POLICE WOMEN, POLICE MAN WHO ARE NEGLIGENCE AND IMPLANTED FRAUD JANET HALL ON THE POLICE REPORT ADDED BY ARGOSE, ID 50 WHO EXAGRATED THAT THE PLAINTIFF IS DRIVING 100 MPH???EXAGERATED REPORT ALSO THAT MY HUSBAND'S ARMS IS BLEEDING WHEN HE BROKE THE WINDOW OF OUR HOUSE INTENDED TO HARM THE PLAINTIFF, FORD – SPYING ON THE PLAINTIFF, HUGO AT PROSECUTING OFFICE HONOLULU, MONTANO TO BE ATTACHED ALL THE POLICE NEGLIGENCE OFFICERS FAMILY ALIENATORS MADE THE VICTIM TO BE THE CULPRIT??? NEGLIGENCE POLICE OFFICER HOSTILE WHEN THEY WERE DISPATCHED I REPORTED MY HUSBAND'S CORRUPTING MINORS, PIDOPIDE, I ATTACHED ALSO THE FORGERIES MADE, VA, DVA FORGERIES OF RECEIVING BENEFITS AMOUNTING TO $20,000.00 THAT SUPPOSED TO BE FOR THE PLAINTIFF'S AND SIBLINGS VA, DVA, SSS BENEFITS. CATASTROPHIC INJURIES BECAUSE IT'S THE PLAINTIFF'S JOB DISCRIMINATION CASES FRAUDULENTLY APPLIED FOR BY MULTIPLE FAMILY ALIENATORS. SERVICE CONNECTED CATASTROPHIC INJURIES. ALL THE SIBLINGS OF THE PLAINTIFF'S WHERE BEING FRAUDULENTLY USING BY THE CULPRITS THAT'S WHEY THE PLAINTIFF SIBLINGS ARE STILL IN THE PHILIPPINES VIOLATION OF UCMJ, VETERAN FAMILY REUNIFICATION.

NEW CULPTRITS – LAW FIRM THE DISMISSAL OF THE JUSTICE COLABORATOR, BIAS, POSSIBLE RELATED JUDGES TO THE CULPRITS ELAINE MANSFIELD AND THE  DOE 2 KIDS OF FAMILY ALIENATORS POSSIBLE CONFLICT OF INTEREST OF JUDGE MAINSFIELD THE BIASED JUDGE WHO'S A JUSTICE COLLABORATORS THE DEFENDANTS BMW REPRESENTATIVE INSTRUCTED BY MANAGER MARTIN TO JUST WATCH AND DO NOTHING ABOUT THE REAL VICTIM OF THEIR FAULTY PRODUCT.

COURT CLERK BERNIE AURIO – HOW CAN THERE BE A THIRT PARTY THERESA_LAM@HID.USCOURTS.GOV????WHO IS SHE HER DESIGNATION???WHY SHE HAS A COPY OF MY CASES – WHICH DEFENDANTS SHE'S REPRESENTING???  THE PRO-SE LITIGANTS WANT'S TO KNOW WHO IS THERESA_LAM@HID.USCOURTS.GOV??? THE JUDGES WHO DISMISSED MY CASES SHOULD NOT BE RE-ASSIGNED TO MY CURRENT, FUTURE CASES, THEY ARE INCLUDED ON THE APPEALING PROCESS AS JUSTICE COLLABORATORS, BIASED, DISCRIMINATING, FRAMING CLERKS AND JUDGES. COURT CLERKS WHO'S REFUSING TO ACCEPT MY EVIDENCES, BEITIA SUE WHO MIRACOULOUSLY KNOW THE COMPROMISED EMAIL ADDRESS OF HOWELLJAN.2008@YAHOO.COM THAT I NEVER GIVEN TO THE CLERK AS MY EMAIL ADDRESS BECAUSE I CANNOT ACCESS IT.  AT SAN FRANCISCO COURT.  JUDGE MANSFIELD-POSSIBLE RELATED TO ELAINE MANSFIELD ONE OF THE CULPRIT FRAUD PIBS OF US NAVY WHO IDENTITY THEFT THE MILITARY PERSONNEL THE PLAINTIFF – NEVER

INTERACT, NEVER BEEN IN THE FABRICATED COURT AT NASNI CORONADO BASE, LEGAL MI, JUDGE WATSON
IT WILL BE CONFLICT OF INTEREST IF THE 3 JUDGES ALAN KAY, JUDGE MANSFIELD, JUDGE WATSON, JUDGE OTAKE, JUDGE REBER PORTER. WHO ARE INCLUDED ON THE LAW SUITS IN ANOTHER COURTS TO BE RE-ASSIGNED IN MY FUTURE RE-FILING OF LAW SUITS.  THEY WILL DISMISSED IT AGAIN DUE TO POSSIBILITY OF THE RELATIVES INVOLVEMENT AS THE FRAUD MILITARY DEPENDENTS, INVOLVED AS FAMILY ALIENATORS, INVOLVED AS THE LIFE TAKERS, LIVELIHOOD TAKERS.  THE FRAUDULENTLY CLAIMING FOR THE JOB DISCRIMINATION SETTLEMENTS. PHILIPPINE AIRLINES TRAGEDY OF FLIGHT 103., DEAD SIBLINGS USING BY THESE MULTIPLE CRIMINALS, THE FRAUD MILITARY DEPENDENTS STOLE THE MILITARY IDENTITY OF THE MILITARY PERSONNEL, ACTIVE DUTY MILITARY SPOUSE AND VETERAN FAMILY.

NEVER ASSIGNED THE JUDGES WHO'S RELATIVES ARE INVOLVED AS THE FRAUD MILITARY DEPENDENTS, FAMILY ALIENATORS, THE CULPRITS OF CATASTROPHIC INJURIES.

THE NEW CULPRITS ARE ALL INCLUDED ON ALL THE PREVIOUS AND CURRENT HAPPENING CATASTROPHIC INJURIES.

RE-APPEAL DUE TO POSSIBLE CONFLICT OF INTEREST OF CHIEF WATSON POSSIBLE RELATIVE OF JUDGE WATSON.  THESE 2 JUDGES ARE BIASED, JUSTICE COLLABORATORS, DISCRIMINATING, FRAMING JUDGES.

THESE 2 JUDGES ARE ALREADY INCLUDED ON THE LAWSUITS IN ANOTHER COURTS.  NEVER ASSIGNED THEM ON ANY OF MY CASES, PENDING CASES AND FUTURE CASES.

ADDITIONAL CULPRITS AT TRIPLER HOSPITAL – TECHNICIAN ANGELA ASUNCION – NEGLIGENCE THE BLOOD PRESSURE OF THE PATIENT THE PLAINTIFF IS ROCKET HIGH DIASTOLIC OF 173, 164 DIASTOLIC ON THE ACTUAL DISCHARGE, SYSTOLIC        THE PATIENT/THE PLAINTIFF STILL ASKING FOR AT LEAST THE HIGH BLOOD PRESSURE PRESCRIPTION, THE DIARREAH, STOMACH PAIN, STOMACH CRAMPS, BLOOD STOLES, DIZZINESS BUT THE TECH AND THE OTHER FILIPINO NURSE REPUSED TO INCLUDE ON THE REASONS OF EMERGENCY VISITS.

RESTAURANTS INVOVLED UNSANITIZED – NOT USING GLOVES, HAIR NETS UNSANITAZED – DANA RESTAURANTS IN WAIPAHU, JOLIBEE, AND RESTAURANTS IN KAPOLEI, 2 RESTAURANTS IN NEAR COURTS, TO BE ATTACHED THE REASONS - UNSANITIZED – TO REVOKED THEIR LICENSES, CITATIONS CLOSE THEIR RESTAURANTS – THEY GO OVER THE FOOD NO APRONS, NO GLOVES, NO HAIR NETS, THERE'S PUBIC

OF LIEN RIGHTS AGAINST MY PROPERTY????SOOO MALICIOUSLY THREATENED ME TO BE HOMELESS.  FOR THE AMOUNT OF $1,099.50???OUTREAGEOUS, MALICIOUSLY WANTS ME TO BE HOMELESS. THIS FIRM SHOULD BE INCLUDED ON THE CRIMINAL CASES INVESTIGATIONS FOR 8X INTENTIONAL MANSLAUGHTER AND MULTIPLE X ATTEMPTED MURDER.  ONE OF THE LAW FIRM WHO CAUSED IMMEDIATE VISIT TO THE ER. DUE TO CHEST PAIN.  THIS FIRM SHOULD BE ADDED ON MY CASES AS ONE OF THE CULPRITS.

THE STOLEN COMBINED CATASTROPHIC INJURIES OF ACTIVE DUTY SPOUSE

AND VETERANS FAMILY APPROVED PETITIONS SHOULD ALL BE RETURNED TO

THE REAL VICTIM.  THE FRAUD MILITARIES, FRAUD MILITARY DEPENDENTS,

MULTIPLE FRAUD ATTY., DOCTORS, NURSES, MEDICAL EXAMINERS, JUDGES

ETC. THE PLAINTIFF IS A VICTIM OF THESE TERRORIST MILITARY SCAMS,

ACTIVE DUTY MILITARY SPOUSE SCAMBAGS. ALL THE ORGANIZATIONS

INVOLVED AND THE PEOPLE INVOLVED SHOULD PAY PUNITIVE DAMAGES

TANGIBLE AND INTANGIBLE DAMAGES.  $5 BILLION EACH VETERANS FAMILY

MOTION/ACTION: TO RE-APPEAL THE PLAINTIFF HAD 2X EMERGENCIES DUE TO THE NEW CULPRITS LAW FIRMS, AND RESTAURANTS UNSANITAIZED MADE HER ER VISITS SINCE APRIL 1, 2020 – THE PLAINTIFF'S ER VISITS ATTACHED THE REASONS, ADDIDIONAL CULPRITS.  DUE TO THE FAMILY ALIENATORS LAW FIRM AND THE UNSANITIZED RESTAURANTS, CAUSED THE PLAINTIFF'S EMERGENCY VISITS. & DEATH OF MY HUSBAND'S GRAND MOTHER RE-APPEAL TO GIVE RESTRAINING ORDERS TO THE HOSTILE POLICE WOMEN, POLICE MAN WHO ARE NEGLIGENCE AND IMPLANTED FRAUD JANET HALL ON THE POLICE REPORT ADDED BY ARGOSE, ID 50 WHO EXAGRATED THAT THE PLAINTIFF IS DRIVING 100, REPORTED MY MPH???EXAGERATED REPORT ALSO THAT MY HUSBAND'S ARMS IS BLEEDING WHEN HE BROKE THE WINDOW OF OUR HOUSE INTENDED TO HARM THE PLAINTIFF, FORD – SPYING ON THE PLAINTIFF, HUGO AT PROSECUTING OFFICE HONOLULU, MONTANO TO BE ATTACHED ALL THE POLICE NEGLIGENCE OFFICERS FAMILY ALIENATORS MADE THE VICTIM TO BE THE CULPRIT??? NEGLIGENCE POLICE OFFICER HOSTILE WHEN THEY WERE DISPATCHED I REPORTED MY HUSBAND'S, THE ID# 50 911 POLICE REPORTER IS AN OBVIOUS ALIENATING OF AFFECTION OFFICER WHO IS MORE WORRIED ABOUT THE ABUSING HUSBAND THAN THE WEAKER GENDER WHO IS FEARED, HUMILATED, VERBALLY ABUSED, HOSTILE HUSBAND.  CORRUPTING MINORS, PIDOPIDE, THE

Page 5 of 12

INVESTIGATE? THE PAL TRAGEDY, OBVIOUSLY, PRODULENTLY SETTLED MY

CASE AND NOW CLAIMING TO LIVE IN MY HOUSE?? OUTRAGEOUS PURE

ABDOMINAL HEARTLESS FRAUD VICTIM, ATTY. FORD??FRAUD ATTY.

JUDGE ADVOCATE US NAVY JUDGE ADVOCATE BIANCA FORD?? US

NAVY ABUSED OF AUTHORITY, NEGLIGENCE, MONSTERS ANIMALS

CLAIMING FOR MY TRAGEDY CASES AND US NAVY JOB DISCRIMINATION CASES. HOW COME THERE ARE MULTIPLE

DELUSIONAL DISORDERS FRUAD SETTLING MY TRAGEDY CASES, MY

MISHAP, CATASTROPHIC INJURIES CASES.  IT'S INTENTIONAL

MANSLAUGHTER.  EVILS, INBORN EVILS, CLAIMING FOR THE

PLAINTIFF'S TRAGEDY AND INJURIES FELL CAUSES MY MOM'S DEATH

AND MY CATASTROPHIC INJURIES.

THE TANGIBLE AND INTANGIBLE REWARDS, SHOULD

BE ATTAINED ONLY FOR THE REAL VICTIM.  THE STOLEN MILITARY IDENTITY,

**MOTION/ACTION:  RE-APPEAL**
**I WAS TREATENED TO BE HOMELESS BY THIS LAW FIRM HAD EMERGENCY VISIT AND NEEDED TO BE OBSERVED, I STILL EXPERIENCING CHEST PAINS, ATTACHED MY EMERGENCY VISITS AT TRIPLER HOSPITAL MY NEGLIGENCE HEART HUSBAND DIDN'T PAY? OR INTENTIONALLY DIDN'T PAY?  I DON'T BELIEVE IT, THIS FIRM PRACTICING LAW TREATENED THE PLAINTIFF'S ENFORCEMENT OF LIENS, MALICIOUSLY STATED THAT A FORCLOSURE APPLICATIONS?? MAYBE, THEY REFERRING TO THE FRAUDULENTLY ACQUIRED PROPERTIES OF MY HUSBAND'S MULTIPLE WHORES WHERE THIS FIRMS PRACTICING.  THIS FIRM SHOULD BE INVESTIGATED. OBSTRUCTING MY JUSTICE AND DELAYED MY COURT ORDERS OF SENDING THE DEFENDANTS COMPLAINTS, SUMMONS AND SUB POENAS.**

RICKEL LAW FIRM, P.C. A CENTENNIAL LAW FIRM SINCE 1899???, HARRY RICKEL(1876-1965), JOHN RICKEL IS LINCENCE IN HAWAII, MICHIGAN, ILLINOIS, AND MISSOURI??? WOW THESE ARE THE LOCATIONS OF THE FRAUD MILITARY DEPENDENTS HEART BALM, FAMILY ALIENATORS, SERIAL CHEATERS ARE LOCATED AT.  THIS FIRM SHOULD BE INVESTIGATED.  IS IT REALLY PALIHUA HOUSING DEBT OWED IS $1,099.50?? FOR PALEHUA COMMUNITY ASSOCIATION???? ENFORCEMENT

Page 6 of 12

DISPATCHED POLICE OFFICERS STATED THAT THOSE ARE NOT CRIMES. CORRUPTING MINORS, CURRUPTED MINORS HELPED BY THEIR PARENTS, FORGERIES???ARE NOT CRIME??? WHAT KIND OF POLICE OFFICERS IF THESE KIND OF REPORTS, REFULED TO ACCEPT THE PROOOF. I LEFT MY CELL PHONE ON THE TABLE, I RECORDED THE ARGUMENTS AND VERBAL ABUSED OF MY HUSBAND. WHEN I CAME BACK IT WAS ERASED. ATTACHED ALSO THE FORGERIES MADE, VA, DVA FORGERIES OF RECEIVING BENEFITS AMOUNTING TO $5,000.00 THAT SUPPOSED TO BE FOR THE PLAINTIFF BECAUSE IT'S THE PLAINTIFF'S JOB DISCRIMINATION SERVICE CONNECTED DISABILITY. CATASTROPHIC INJURIES. ALL THE SIBLINGS OF THE PLAINTIFF'S WHERE BEING FRAUDULENTLY USING BY THE CULPRITS THAT'S WHEY THE PLAINTIFF SIBLINGS ARE STILL IN THE PHILIPPINES VIOLATION OF UCMJ, VETERAN FAMILY REUNIFICATION.

NEW CULPTRITS – LAW FIRM THE DISMISSAL OF THE JUSTICE COLABORATOR, BIAS, POSSIBLE RELATED JUDGES TO THE CULPRITS ELAINE MANSFIELD AND THE DOE 2 KIDS OF FAMILY ALIENATORS POSSIBLE CONFLICT OF INTEREST OF JUDGE MAINSFIELD THE BIASED JUDGE WHO'S A JUSTICE COLLABORATORS THE DEFENDANTS BMW REPRESENTATIVE INSTRUCTED BY MANAGER MARTIN TO JUST WATCH AND DO NOTHING ABOUT THE REAL VICTIM OF THEIR FAULTY PRODUCT.

IT WILL BE CONFLICT OF INTEREST IF THE 3 JUDGES ALAN KAY, JUDGE MANSFIELD, JUDGE WATSON, JUDGE OTAKE WHO ARE INCLUDED ON THE LAW SUITS IN ANOTHER COURTS TO BE RE-ASSIGNED IN MY FUTURE RE-FILING OF LAW SUITS. THEY WILL DISMISSED IT AGAIN DUE TO POSSIBILITY OF THE RELATIVES INVOLVEMENT AS THE FRAUD MILITARY DEPENDENTS, INVOLVED AS FAMILY ALIENATORS, INVOLVED AS THE LIFE TAKERS, LIVELIHOOD TAKERS. THE FRAUDULENTLY CLAIMING FOR THE JOB DISCRIMINATION SETTLEMENTS. PHILIPPINE AIRLINES TRAGEDY OF FLIGHT 103., DEAD SIBLINGS USING BY THESE MULTIPLE CRIMINALS, THE FRAUD MILITARY DEPENDENTS STOLE THE MILITARY IDENTITY OF THE MILITARY PERSONNEL, ACTIVE DUTY MILITARY SPOUSE AND VETERAN FAMILY.

NEVER ASSIGNED THE JUDGES WHO'S RELATIVES ARE INVOLVED AS THE FRAUD MILITARY DEPENDENTS, FAMILY ALIENATORS, THE CULPRITS OF CATASTROPHIC INJURIES.

THE NEW CULPRITS ARE ALL INCLUDED ON ALL THE PREVIOUS AND CURRENT HAPPENING CATASTROPHIC INJURIES.

RE-APPEAL DUE TO POSSIBLE CONFLICT OF INTEREST OF CHIEF WATSON POSSIBLE RELATIVE OF JUDGE WATSON. THESE 5 JUDGES ARE BIASED, JUSTICE COLLABORATORS, DISCRIMINATING, FRAMING JUDGES.

THES 4. JUDGES ARE ALREADY INCLUDED ON THE LAW SUITS IN ANOTHER COURTS. NEVER ASSIGNED THEM ON ANY OF MY CASES, PENDING CASES AND FUTURE CASES.

ADDITIONAL CULPRITS AT TRIPLER HOSPITAL – TECHNICIAN ANGELA ASUNCION – NEGLIGENCE THE BLOOD PRESSURE OF THE PATIENT THE PLAINTIFF IS ROCKET HIGH DIASTOLIC OF 173, 164 DIASTOLIC ON THE ACTUAL DISCHARGE, SYSTOLIC      THE PATIENT/THE PLAINTIFF STILL ASKING FOR AT LEAST THE HIGH BLOOD PRESSURE PRESCRIPTION, THE DIARREAH, STOMACH PAIN, STOMACH CRAMPS, BLOOD STOLES, DIZZINESS BUT THE TECH AND THE OTHER FILIPINO NURSE REPUSED TO INCLUDE ON THE REASONS OF EMERGENCY VISITS.

RESTAURANTS INVOVLED UNSANITIZED – NOT USING GLOVES, HAIR NETS UNSANITAZED – DANA RESTAURANTS IN WAIPAHU, JOLIBEE, AND RESTAURANTS IN KAPOLEI, 2 RESTAURANTS IN NEAR COURTS, TO BE ATTACHED THE REASONS - UNSANITIZED – TO REVOKED THEIR LICENSESM, CITATIONS CLOSE THEIR RESTAURANTS – THEY GO OVER THE FOOD NO APRONS, NO GLOVES, NO HAIR NETS, THERE'S FUBIC HAIRS ON THE FOOD WHICH DISGUSTING MADE THE PLAINTIFF'S VOMITS ENDED OF TROWHING THE FOOD THAT WERE PURCHASED. WASTED THE PLAINTIFF'S MONEY, MADE THE PLAINTIFF'S SICK WHICH IS OBSTRUCTION OF JUSTICE, MADE THE REASONS OF DISMISSALS OF THE PLAINTIFF'S CASES.

THE STORE NEAR COURT – INTERROGATED THE PLAINTIFF'S LIKE SHE'S A POLICE WOMAN ASKING WHY THE PLAINTIFF IS AROUND???MALICIOUSLY INSULTING THE PLAINTIFF EVEN JUST NAPKINS, TO STIR THE COFFEE SO UNPROFESSIONAL TO HER CUSTOMER SAYING "THIS IS ONLY SMALL BUSINESS AND CANNOT AFFORD TO HAVE NAPKINS, STIRR CUPS, FORKS, SPOONS, OVER PRIZED ITEMS. AN OBVIOUS UNPROFESSIONAL, UNETHICAL, TAKING ADVANTAGE OF THE CORVID 19 PANDEMIC. ITEMS ARE SOO UNREASONABLE PRICES. HUMILIATING THE CUSTOMER BY INTERROGATING WHY I'M AROUND?? ASKING ME ABOUT MY JOB??? IF NON ESSENTIAL PERSONNEL??? I HAVE COURT PAPERS TO DROP OFF, BANK APPLICATION LOAN FOR APPROVAL TO HAVE BUSINESS LOANS. IN SHORT IT'S NOT HER BUSINESS WHY I'M BUYING COFFEE, BREAKFAST ETC. UNSANITAZED SHE STIRR MY COFFEE???GO OVER WITH HER NO APRON, NO HAIRNETS ACCESSING MY FOOD + SOOO UNPROFESSIONAL, UNETHICALLY MEAN INTERROLATING, QUESTIONING WHY I'M AROUND??

THE OTHER FILIPINO RESTAURANT – THE SAME UNSANITAZED IN HANDLING MY FOOD – NO HAIRNETS, NO GLOVES, NO CLEAN APRONS WITH PUBIC HAIR FOOD. THE HAIR IS CURLY AND SHE HAS STRAIGHT

page 8 of 12

HAIR THEREFORE IT'S A PUBIC HAIR.  CASH PAYMENTS ONLY NOW A DAYS OF THIS HARDTIMES, IT'S MORE CONVENIENT TO HAVE CREDIT CARDS, BUT THE MOST IMPORTANT ASPECTS OF HAVING RESTAURANTS IS SANITIZED ON THIS KIND OF PANDEMIC SEASONS. GLOVE, HAIRNETS, CLEAN APRONS, CLEAN MASK NON THE REPORTED RESTAURANTS THEY ARE NOT USING MASK, GLOVES, HAIRNETS, APRONS.  THE PANDEMIC COVID 19 IS AN AIRBORNE DEADLY DISEASES.

ADDITIONAL CULPRITS – TRICARE WPS – SUSAN WIANS – E37 TRICARE CUSTOMER SERVICE REPRESENTATIVE.
DFAS – WHO PROCESSED LOANS AGAINST MY HOUSE NIE FAMILY, ALISON FAMILY, CRUZ FAMILY, ENGLE FAMILY ET ALL
TRIPLER ER – MOST OF THEM HOSTILE  DUE TO FABRICATED DIAGNOSIS AT BALBOA HOSPITAL, AT LANDSTUHL GERMANY – THE DELUSIONAL DISORDER (JEALOUS WIFE) BUT ACTUALLY DELUSIONAL DISORDER (JEALOUS MISTRESSES WITH BASTARDS, WITH LOW BORN, THE HEART BALM WHO SEDUCED MY HUSBAND FOR 22 YRS. AND FRAUDULENTLY CLAIM TO BE HIS FRAUD MILITARY DEPENDENTS. DR. HEAR, DR. PATTISON GRETCHEN, DR. VINCE, - FRAUD CLAIMANTS OF MY JOINED SERVICE CONNECTED DISABLITY.

I WAS MADE BY HIS MULTIPLE UNDERAGE PROSTITUTES THAT HE COLLECTED OVERSEAS USING ALL MY IDENTITY, ACQUIRED FRAUDULENTLY BUSINESSES, HOUSES, CARS.  HE LOST HIS CONSCIENCE CONNIVED SERIAL CHEATERS, COLLUDED HENIOUS CRIMINALS FAMILY ALIENATORS TAKING LIVES AND LIVELIHOOD. MOST OF THEM HAVE LAW FIRMS, FRAUD NURSES, FRAUD DOCTORS, CLAIMING ME THEIR PATIENT, CLAIMING ME AS THEIR RELATIVES, CLAIMING ME THEY ARE MY ATTORNEYS???THESE ARE ALL IN HUMANS MODERN TERRORIST WITH JUDGES RELATIVES THAT'S WHY THEY ARE THICK SKINNED TO DO CRIMES BECAUSE OF THEIR JUDGES RELATIVES.

RE-APPEAL FREEZE THEIR ACCOUNTS, TO SEQUESTER THEIR FRAUDULENTLY ACQUIRED BUSINESSES, PROPERTIES, VA, DVA, SSS BENEFITS.

RE-APPEAL DUE PRODUCTS AND ALSO THE FRAUD CLAIMANTS OF THE RESULTS OF THE 3 X CAR ACCIDENTS, JOB DISCRIMINATION CASES, PHILLIPPINE AIRLINES FLIGHT 103 TRAGEDY, AND IN A ROW INTENTIONAL MANSLAUGHTERS OF SIBLINGS OF  THE PLAINTIFF, ALL THE PREVIOUS JOB DISCRIMINATION CASES CIVILIAN AND MILITARY WERE FRAUDULENTLY SETTLED BY PREVIOUS ATTORNEYS OF THE PLAINTIFF, PREVIOUS CO-WORKERS, PREVIOUS CO-WORKERS OF MY HUSBAND AND CO- MILITARIES WITH BASTARDS.

page 9 of 12

AMENDMENT OF COMPLAINT TO INCLUDE
I WAS TREATENED TO BE HOMELESS BY THIS LAW FIRM HAD
EMERGENCY VISIT AND NEEDED TO BE OBSERVED, I STILL
EXPERIENCING CHEST PAINS, ATTACHED MY EMERGENCY VISITS AT
TRIPLER HOSPITAL MY NEGLIGENCE HEART HUSBAND DIDN'T PAY? OR
INTENTIONALLY DIDN'T PAY?  I DON'T BELIEVE IT, THIS FIRM
PRACTICING LAW TREATENED THE PLAINTIFF'S ENFORCEMENT OF
LIENS, MALICIOUSLY STATED THAT A FORCLOSURE APPLICATIONS??
MAYBE, THEY REFERRING TO THE FRAUDULENTLY ACQUIRED
PROPERTIES OF MY HUSBAND'S MULTIPLE WHORES WHERE THIS
FIRMS PRACTICING.  THIS FIRM SHOULD BE INVESTIGATED.
OBSTRUCTING MY JUSTICE AND DELAYED MY COURT ORDERS OF
SENDING THE DEFENDANTS COMPLAINTS, SUMMONS AND SUB POENAS.

RICKEL LAW FIRM, P.C. A CENTENNIAL LAW FIRM SINCE 1899???, HARRY
RICKEL(1876-1965), JOHN RICKEL IS LINCENCE IN HAWAII, MICHIGAN,
ILLINOIS, AND MISSOURI??? WOW THESE ARE THE LOCATIONS OF THE
FRAUD MILITARY DEPENDENTS HEART BALM, FAMILY ALIENATORS,
SERIAL CHEATERS ARE LOCATED AT.  THIS FIRM SHOULD BE
INVESTIGATED.  IS IT REALLY PALIHUA HOUSING DEBT OWED IS
$1,099.50?? FOR PALEHUA COMMUNITY ASSOCIATION???? ENFORCEMENT
OF LIEN RIGHTS AGAINST MY PROPERTY????SOOO MALICIOUSLY
THREATENED ME TO BE HOMELESS.  FOR THE AMOUNT OF
$1,099.50???OUTREAGEOUS, MALICIOUSLY WANTS ME TO BE HOMELESS.
THIS FIRM SHOULD BE INCLUDED ON THE CRIMINAL CASES
INVESTIGATIONS FOR 8X INTENTIONAL MANSLAUGHTER AND MULTIPLE X
ATTEMPTED MURDER.  ONE OF THE LAW FIRM WHO CAUSED IMMEDIATE
VISIT TO THE ER. DUE TO CHEST PAIN.  THIS FIRM SHOULD BE ADDED ON
MY CASES AS ONE OF THE CULPRITS.

PENALIZE, CHARGE ALL THE ORGANIZATIONS INVOLVED IN SCAMS,
ENTERTAINING THE FRAUD VICTIMS.  INVOLVED ON PROCESSING
FORGED APPLICATIONS OF BENEFITS, FORGED MILITARY COMBINED
CATASTROPHIC SERVICE CONNECTED DISABLITY MILITARY BENEFITS.
THE CULPRITS ORGANIZATIONS, THEIR WORKERS
IGNORING THE PLAINTIFF, THE REAL VICTIM. THE VICTIM COMPLAINT.

        IT'S NOT MY RESPONSIBILITY TO FEED THESE MULTIPLE CLANS
WHO OPENED THEIR LEGS TO A MARRIED MAN?? WE DON'T HAVE KIDS,
THESE MULTIPLE CLANS IDENTITY THEFT FAMILIES THEY APPLIED FOR
MY BENEFITS, THEY RUINED ME.  THEY DAMAGED MY REPUTATION, MY
CREDIBILITY AND MY DIGNITY.

MY HUSBAND'S RETIREMENT AND MY RETIREMENT HIS FRAUD
DEPENDENTS APPLIED FOR MY JOINED SERVICE CONNECTED
DISABILITY AND MY PREVIOUS WON CASES AT SHARP HEALTH CARE

Page 10 of 12

RICKEL LAW FIRM, P.C. A CENTENNIAL LAW FIRM SINCE 1899???, HARRY RICKEL(1876-1965), JOHN RICKEL IS LINCENCE IN HAWAII, MICHIGAN, ILLINOIS, AND MISSOURI??? WOW THESE ARE THE LOCATIONS OF THE FRAUD MILITARY DEPENDENTS HEART BALM, FAMILY ALIENATORS, SERIAL CHEATERS ARE LOCATED AT. THIS FIRM SHOULD BE INVESTIGATED. IS IT REALLY PALIHUA HOUSING DEBT OWED IS $1,099.50?? FOR PALEHUA COMMUNITY ASSOCIATION???? ENFORCEMENT OF LIEN RIGHTS AGAINST MY PROPERTY????SOOO MALICIOUSLY THREATENED ME TO BE HOMELESS. FOR THE AMOUNT OF $1,099.50???OUTREAGEOUS, MALICIOUSLY WANTS ME TO BE HOMELESS. THIS FIRM SHOULD BE INCLUDED ON THE CRIMINAL CASES INVESTIGATIONS FOR 8X INTENTIONAL MANSLAUGHTER AND MULTIPLE X ATTEMPTED MURDER. ONE OF THE LAW FIRM WHO CAUSED IMMEDIATE VISIT TO THE ER. DUE TO CHEST PAIN. THIS FIRM SHOULD BE ADDED ON MY CASES AS ONE OF THE CULPRITS. MULTIPLE NEGLIGENCE HIGH STATUS JUDGES, HIGH RANKOFFICIALS IN THE MILITARY, COURT CLERKS, LAW FIRMS THAT I INQUIRED BUT FRAUDULENTLY SETTLED MY CASES.

**PREVIOUS CO-WORKER WHO'S TAMPERING HER TIME CARDS IS USING MY IDENTITY AND CLAIMING TO BE ATTY. JANET CAMPOS FROM COLUMBIA – THE SEX OFFENDER PROSTITUTE MISTRESS??? ATTORNEY JANET CAMPOS AT BERGQUEST LAW FIRM???, ETHANS LAW FIRM, BENSON LAW FIRM, MY HUSBAND IS REALLY ONE OF THE SCAMS. HE IMPLANTED THESE MULTIPLE SCOUNDRELS, SERIAL CHEATERS IN MY LIFE.**

**MOST OF THE SCOUNDRELS SERIAL CHEATERS HAVE LAW FIRMS, TAKING CREDITS, TAKING LIVES AND LIVELIHOODS. WONDER IF JUDGE WATSON HAVE RELATIVE CHIEF WATSON WHO FRAUDULENTLY IDENTITY THEFT ME, FRIEND OF ACOSTA?HER VOICE SOUNDS SOO FAMILIAR TOO, POSSIBLE FAMILY ALIENATORS, POSSIBLE RELATIVE ALSO OF FAMILY ALIENATORS ELAINE MANSFIELD WHO IS DELUSIONAL I WAS TREATENED TO BE HOMELESS BY THIS LAW FIRM HAD EMERGENCY VISIT AND NEEDED TO BE OBSERVED, I STILL EXPERIENCING CHEST PAINS, ATTACHED MY EMERGENCY VISITS AT TRIPLER HOSPITAL MY NEGLIGENCE HEART HUSBAND DIDN'T PAY? OR INTENTIONALLY DIDN'T PAY? I DON'T BELIEVE IT, THIS FIRM PRACTICING LAW TREATENED THE PLAINTIFF'S ENFORCEMENT OF LIENS, MALICIOUSLY STATED THAT A FORCLOSURE APPLICATIONS?? MAYBE, THEY REFERRING TO THE FRAUDULENTLY ACQUIRED PROPERTIES OF MY HUSBAND'S MULTIPLE WHORES WHERE THIS FIRMS PRACTICING. THIS FIRM SHOULD BE INVESTIGATED. OBSTRUCTING MY JUSTICE AND DELAYED MY COURT ORDERS OF SENDING THE DEFENDANTS COMPLAINTS, SUMMONS AND SUB POENAS.**

RICKEL LAW FIRM, P.C. A CENTENNIAL LAW FIRM SINCE 1899???, HARRY RICKEL(1876-1965), JOHN RICKEL IS LINCENCE IN HAWAII, MICHIGAN, ILLINOIS, AND MISSOURI??? WOW THESE ARE THE LOCATIONS OF THE FRAUD MILITARY DEPENDENTS HEART BALM, FAMILY ALIENATORS,

page 11 of 12

SERIAL CHEATERS ARE LOCATED AT. THIS FIRM SHOULD BE INVESTIGATED. IS IT REALLY PALIHUA HOUSING DEBT OWED IS $1,099.50?? FOR PALEHUA COMMUNITY ASSOCIATION???? ENFORCEMENT OF LIEN RIGHTS AGAINST MY PROPERTY????SOOO MALICIOUSLY THREATENED ME TO BE HOMELESS. FOR THE AMOUNT OF $1,099.50???OUTREAGEOUS, MALICIOUSLY WANTS ME TO BE HOMELESS. THIS FIRM SHOULD BE INCLUDED ON THE CRIMINAL CASES INVESTIGATIONS FOR 8X INTENTIONAL MANSLAUGHTER AND MULTIPLE X ATTEMPTED MURDER. ONE OF THE LAW FIRM WHO CAUSED IMMEDIATE VISIT TO THE ER. DUE TO CHEST PAIN. THIS FIRM SHOULD BE ADDED ON MY CASES AS ONE OF THE CULPRITS.

ATTCHED 2X EMERGENCY VISITS DOCTORS NOTES, AND THE PLAINTIFF STILL SICK, POSSIBLE FOOD POISONING, BLOOD STOOL WITH DIARHEA, PROGRESSIVE COUGHT POSSIBLE BRONCHITIS, HIGH BLOOD PRESSURE. DIASTOLIC 173, 164, ROCKETTED HIGH BLOOD PRESSURE, ANOTHER NEGLIGENCE OF TRIPLER HOSPITAL.

Respectfully,

JANET C. HOWELL          06/17/20
Plaintiff-ProSe

jch/

NOTE: CC: JUDGES INVOLVED AND JUDGE BRIGHT

NOTE:   DEFENDANTS FORGED ALL THE PLAINTIFF'S SIGNATURES, PERJURIES $9 MILLION EACH FAMILIES X 30 YRS. OF FRAUDULENTLY USING THE PLAINTIFF'S IDENTITIES INCLUDING DEAD SIBLINGS IDENTITIES AND APPROVED PETITIONS. VIOLATION OF HUMAN RIGHTS, CIVIL RIGHTS, VIOLATION OF UCMJ, VIOLATION OF ALL THE PLAINTIFF'S RIGHTS. VIOLATIONS OF VETERANS FAMILY, MILITARY PERSONNEL UNIFICATION.

To Include The Delusional Disorder Family Alienator Heatther Droelchil - $25 Billion To charge Not A Dr. Colluded w/ Criminal Conversation nartst ?????? ooo

page 12 of 12













# THE RICKEL LAW FIRM, P.C.

A PROFESSIONAL CORPORATION

**ATTORNEYS AT LAW**

**(313) 886-0000**

A CENTENNIAL LAW FIRM

**SINCE 1899**

HARRY RICKEL (1876-1965)
EDWARD P. MARSCHNER (1881-1960)

JOHN M. RICKEL IS LICENSED TO
PRACTICE IN HAWAII, MICHIGAN,
ILLINOIS AND MISSOURI

**PAYMENT & MAILING ADDRESS**
P.O. BOX 36200
GROSSE POINTE FARMS, MI 48236

**Contact**
accounts@rickellaw.com
Toll Free: 1-855-752-7156

Brian Christopher Howell & Janet Campos    [ 13552 ]
Howell
92-7019 Kahea St
Kapolei, HI 96707

April 23, 2020

**RE: Palehua Community Association, 92-7019 Kahea St, Kapolei, HI 96707**

**THIS LAW FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE PREVIOUSLY
RECEIVED A DISCHARGE OF THE DEBT FROM A BANKRUPTCY COURT, THIS LETTER IS NOT AND
SHOULD NOT IN ANY WAY BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT IS ONLY
ENFORCEMENT OF LIEN RIGHTS AGAINST THE PROPERTY.**

Dear Brian Christopher Howell & Janet Campos Howell:

The Board of Directors for Palehua Community Association, care of Hawaiiana Management, has instructed The Rickel Law Firm, P.C. that association assessments for your property located at 92-7019 Kahea St, Kapolei, HI 96707 are in arrears.  **We are required to inform you that The Rickel Law Firm, P.C., attorney John M. Rickel, is attempting to collect a debt, and any information obtained will be used for that purpose.**

**Your account has been turned over for collection. In order to ensure the accuracy of your account and that all payments are promptly applied, we ask that you please deal directly with The Rickel Law Firm, P.C.**

Palehua Community Association and The Rickel Law Firm would like to help resolve this matter. As of April 23, 2020, your Association showed a balance of **$1,099.50**, which includes the fee for the current collection activity The Rickel Law Firm has pursued. The Rickel Law Firm will adjust any interim payments which cross in the U.S. Mail. This amount does not include any additional fees or costs that may have been added to your account after this letter was written.

We look forward to hearing from you.

Thank you,

John M. Rickel

**<u>Fair Debt Collection Practices Act Notice pursuant to 15 U.S.C. § 1692g</u>**

The amount of the debt owed is $1,099.50.

The name of the creditor to whom the debt is owed is Palehua Community Association.

The address of Palehua Community Association is   711 Kapiolani Blvd, Suite 700, Honolulu, HI 96813.

The debt collector is John Rickel, attorney, The Rickel Law Firm, P.C. and its employees.

The debt collector's mailing address is P.O. BOX 36200, Grosse Pointe Farms, MI 48236

Unless you, the consumer(s), within thirty days after receipt of this notice, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector.

If you, the consumer(s), notify the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by the debt collector.

Upon your written request within the thirty-day period, the debt collector will provide you, the consumer(s), with the name and address of the original creditor, if different from the current creditor.

If you, the consumer(s), notify the debt collector in writing within the thirty-day period described in the paragraphs above that the debt, or any portion thereof, is disputed, or that you request the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or a copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to you by the debt collector.

The failure of a consumer to dispute the validity of a debt under this section may not be construed by any court as an admission of liability by the consumer.